**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

APR 0 5 2016

MATTHEW J. DYKMAN
CLERK

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )   Case No.  16 MR 251
One (1) HP OfficeJet 3830 Box shipped as a FedEx )
Package, Tracking Number 782710513091. (Further )
depicted in attached photograph) )

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

One (1) HP OfficeJet 3830 Box shipped as a FedEx Package, Tracking Number 782710513091., presently located at the

located in the  Judicial  District of  New Mexico , there is now concealed *(identify the person or describe the property to be seized)*:
Cocaine, Methamphetamine, Heroin and/or marijuana

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 USC 841 | Possession with Intent to Distribute a Controlled Substance |

The application is based on these facts:
(See Affidavit, Attachment A)

☑ Continued on the attached sheet.
☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Jarrell W. Perry, DEA Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  04-05-2016

*Judge's signature*

City and state:  Albuquerque, New Mexico    Laura Fashing, US Magistrate Judge
*Printed name and title*

**Attachment A**

**AFFIDAVIT IN SUPPORT OF APPLICATION**

I, Jarrell W. Perry, being duly sworn, hereby depose, and state as follows:

    I am a Special Agent of the Drug Enforcement Administration (DEA). I have been so employed since September, 1998. Prior to my employment with the DEA, I was a Police Officer for approximately six years. By virtue of my employment with the DEA, I am authorized to conduct investigations of violations of the Controlled Substances Act. Over the course of my twenty-four years in law enforcement, I have been assigned to the DEA Albuquerque District Office Interdiction Unit for approximately 17 years and have been involved in over 1,300 seizures of illegal narcotics and United States Currency on Amtrak Trains, Airports, packaging services and various bus companies. I have also participated in and/or executed many search warrants involving various packages. I am currently assigned to the Albuquerque District Office Interdiction Group.

    This affidavit is offered in support of an application seeking authorization to conduct a search for contraband contained in a Federal Express Package, 19" x 16" x 11", Tracking Number 782710513091 (hereinafter referred to as the SUBJECT PROPERTY). It is my belief that the SUBJECT PROPERTY currently contains evidence of violations of Title 21 United States Code, Section 841(a) (1), the manufacture, distribution and possession with intent to distribute a controlled substance. Because this affidavit is being submitted for the limited purpose of obtaining a search warrant, I have not included each and every fact known to me concerning this investigation. I have also relied on the experience and assistance of Shelby County Sherriff's Narcotics Canine Handler/Detective Anita Tarwater during this investigation.

## BACKGROUND OF THE INVESTIGATION

On March 30, 2016, Drug Enforcement Administration (DEA) Special Agent (S/A) Jarrell W. Perry received information from a source of information, hereafter referred to as SOI, concerning a Federal Express Package that was being shipped from the Ontario/Pomona, California area to the Boston, Massachusetts metropolitan area that was to contain a large amount of illegal narcotics that were to be concealed inside of a printer. The source of information is familiar with the shipment of illegal narcotics from California to the metropolitan Boston, Massachusetts area and is also aware of the shipment methods of the proceeds from the sale of the illegal narcotics from the metropolitan Boston, Massachusetts area to California. The SOI has been reliable in the past and provided S/A Perry with detailed information concerning a package that was shipped via the United States Parcel Service in which S/A Perry obtained and executed a federal search warrant on the package on March 19, 2016 that contained $27,500.00 United States Currency.

S/A Perry was informed by the SOI that a package was being shipped via Federal Express, second day air delivery, in a printer box with Federal Express Tracking Number 782710513091. The SOI provided the recipient as Melissa VARELA, address of: 210 Abbott Street, Right rear house, Lawrence, Massachusetts 01843. S/A Perry was informed by the SOI that the package was shipped on March 30, 2016 at approximately 1:30 p.m. and was to be delivered on Friday, April 1, 2016 in Lawrence, Massachusetts.

S/A Perry contacted Shelby County Sherriff's Detective/Canine Handler Anita Tarwater in Memphis, Tennessee concerning the above mentioned Federal Express Package. Detective Tarwater was able to locate the aforementioned package. Detective Tarwater, who is a trained and certified narcotics canine handler and has been for the past 19 years, deployed her narcotics canine, "Charlie" on the aforementioned Federal Express package. Detective Tarwater informed S/A Perry that "Charlie" alerted to the aforementioned Federal Express package for the odor of illegal narcotics. "Charlie" was last certified on February 19, 2016, by the National Narcotic Detector Dog Association (NNDDA) to detect Marijuana, Cocaine, Methamphetamine, Heroin and/or Ecstasy and their derivatives. Detective Tarwater had the aforementioned Federal Express package rerouted to Albuquerque, New Mexico.

On April 4, 2016, S/A Perry received the aforementioned Federal Express package at the Drug Enforcement Administration Albuquerque District Office in Albuquerque, New Mexico. S/A Perry looked at the shipping label on the front of the package which revealed the shipper as: Elite Shipping, 602 West Holt Boulevard, Suite C, Ontario, California 91762 and the recipient as: Melissa VARELA, 210 Abbott Street, Right Rear House, Lawrence, Massachusetts 01843. The package had a shipping date of March 30, 2016 with a weight of 17.79 pounds, dimensions of 19" x 16" x 11", tracking number 782710513091 with a delivery date of April 1, 2016 by 10:30 a.m.

Based on the above listed facts listed throughout this affidavit, it is my belief that the aforementioned Federal Express package has concealed within the SUBJECT PROPERTY controlled substances.

3

Wherefore, your Affiant respectfully requests that a search warrant be issued authorizing the search for the items outlined above.

This search warrant and supporting affidavit were approved by Assistant United States Attorney Norm Cairnes.

                                                 _____
                                                 Jarrell W. Perry, Special Agent
                                                 Drug Enforcement Administration

Sworn to before me, and subscribed in my presence,

April 5, 2016, at Albuquerque, New Mexico

_____
Laura Fashing, United States Magistrate Judge

4



